**506-15**

ORIGINAL

most Honorable Clerk,

Please Find enclosed, my original Petition For Discretionary Review and motion To suspend Rule 9.5.

Please present Them To The Court.

3-18-2015

Ricky Davis

RECEIVED

APR - 9 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

FILED IN
COURT OF CRIMINAL APPEALS

MAY 01 2015

Abel Acosta, Clerk


RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 29 2015

Abel Acosta, Clerk

**RECEIVED**

**APR - 9 2015**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

"Petition For Discretionary Review"

No.02-13-00469-CR

Trial Court No. 1295152D

**RECEIVED**

**APR - 9 2015**

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Ricky D. Davis

V.

State of Texas

Petition for Discretionary Review

in

The Court of Criminal Appeals

Austin, Texas

on Appeal from The Court
of Appeals for The Second
Criminal Court of Tarrant County

Petitioners Brief

Ricky Davis
T.D.C.J-ID#01884111
3060/Fm 3514
Beaumont, Tx.
77705

Ricky Davis

X
X
X
X    Cause no.:
X
X    02-13-00469-CR
X

v.

State of Texas

X
X
X
X
X

## Petition For Discretionary Review

Now comes, Ricky Davis, Petitioner-Pro-se, in this his Petition For Discretionary Review and respectfully offers the following in support:

Petitioner was convicted by a jury of Aggravated Sexual Assault after pleading not guilty. Petitioner lodged a timely notice of Appeal and appointed Appellate Counsel filed an Anders Brief with the Court of Appeals.

The Appeal's Court granted Petitioner leave to submit a pro-se Appellate Brief and subsequently elected to affirm the jury's finding of guilt and Petitioner comes now before this

honorable Court seeking Discretionary Review for the following Reasons:

> (1.) __Grounds of Review__

The evidence was factually and legally insufficient to sustain a verdict of guilt in the face of evidence that the complaining witness' testimony was rife with inconsistencies and the D.N.A. evidence was inconclusive thus lacking the essential reliability necessary to inspire confidence in its veracity as a matter of law.* (Please Reference Appellates Pro-se Appellate Brief).

> (2.) Trial Court Abused it's Discretion in failing to consider Merits of Petitioner's motion to Replace Counsel* (Please Reference Appellates Pro-se Appellate Brief).

> (3.) Trial Counsel's performance was ineffective and fell below an objective standard of Reasonableness thereby undermining confidence in her effectiveness. (Please Reference Appellates Pro-se Appellate Brief)

## Prayer For Relief

Petitioner respectfully urges This honorable Court To grant This "Petition for Discretionary Review" To elucidate The controverted issues presented in This humble petition as a matter of Fundemental Fairness.

## Verification

I, Ricky Davis, do verify under The penalty of perjury That The foregoing is True and offered in good Faith. Signed This 16th of march 2015.

/s/ _Ricky Davis_   #01884111

Ricky Davis
3060/Fm 3514
Beaumont, Texas
77705.
mark stiles Unit

"Motion To
Suspend Rule 9.3"

# Motion To Suspend Rule

To The honorable Justices of The Court of Criminal Appeals:

Now comes, Ricky Davis, Petitioner in The above styled and numbered cause (see Front Page) and respectfully moves This Court To suspend Rule of Appellate Procedure 9.3 and all Rules That mandates multiple copies.

In support, movant Would show That:

## I.

Texas Rules of Appellate Procedure (T.R.A.P.) Rule (2) allows The Court To suspend a rule of The Appellate for good Cause.

## II.

T.R.A.P. (Rule) 9.3 requires at least (11) copies of The Petition For Discretionary Review.

## III

Petitioner argues That good cause exist owing To The Reality That The Texas Dept. of Criminal Justice doesn't provide offenders accese To photocopies nor do Petitioner have

copies Required.

## Prayer

Wherefore Premises considered, Movant Prays That This honorable Court grants This humble motion and suspend Texas Appellate Rule 9.3. Date: 3-18-2015

19 Ricky

Ricky Davis

3060 Fm 3514

Beaumont, Texas
77705

mark Stiles Unit

Isaac Cook #1835461
3060 FM 3514
Beaumont, Texas
Stiles Unit    77705

RECEIVED
APR - 9 2015
COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Susan

Tarrant County District Clerk,
Mr. Thomas Wilder
401 W. Belknap
Fort Worth, Tx 76196-0402

761 9E0402

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION